***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted September 1, remanded for resentencing; otherwise affirmed
October 4, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANA CARINA RIVAS-ORDAZ,
*Defendant-Appellant.*

Washington County Circuit Court
19CR15256; A178944

Eric Butterfield, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, and Joyce, Judge, and Jacquot, Judge.

AOYAGI, P. J.

Remanded for resentencing; otherwise affirmed.

**AOYAGI, P. J.**

Defendant pleaded guilty to driving under the influence of intoxicants, ORS 813.010, and was sentenced to probation. On appeal, she argues that the trial court erred in imposing a special condition of probation regarding polygraph examinations, because it did not impose that condition in open court at sentencing, and because the condition is overbroad. The state concedes, and we agree, that the court erred in the first regard. *See State v. Hester*, 316 Or App 456, 458, 501 P3d 75 (2021), *rev den*, 370 Or 789 (2023) (accepting state's concession that sentencing court erred by imposing special conditions of probation outside defendant's presence). We therefore remand for resentencing. Given our disposition, we decline to address defendant's second contention at this time. *See State v. Manning*, 300 Or App 390, 391, 453 P3d 946 (2019), *rev den*, 366 Or 292 (2020) (declining to address an additional sentencing issue where the trial court would have an opportunity to address it on remand).

Remanded for resentencing; otherwise affirmed.